UNITED STATES DISTRICT COURT             JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-3327-JFW (VBKx)**                     Date: **September 13, 2012**

Title:   Georgia Sorbello -v- US Bank, NA, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                        None

**PROCEEDINGS (IN CHAMBERS):**    DISMISSAL OF ACTION FOR LACK OF
                                                               PROSECUTION

  As a result of Plaintiff's failure to serve the Summons and Complaint within 120 days after the Complaint was filed, the Court hereby dismisses this action without prejudice.  *See* Fed. R. Civ. P. 4(m).

  IT IS SO ORDERED.

Initials of Deputy Clerk   sr