| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

### CIVIL MINUTES -- GENERAL

Case No.   **CV 12-3327-JFW (VBKx)**                              Date: **September 13, 2012**

Title:   Georgia Sorbello -v- US Bank, NA, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    DISMISSAL OF ACTION FOR LACK OF PROSECUTION

    As a result of Plaintiff's failure to serve the Summons and Complaint within 120 days after the Complaint was filed, the Court hereby dismisses this action without prejudice.  *See* Fed. R. Civ. P. 4(m).

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr